No. 04–494.   OVERMAN *v.* TAYLOR.   C. A. 11th Cir.   Certiorari denied.

No. 04–500.   LEVIN *v.* UPPER MAKEFIELD TOWNSHIP, BUCKS COUNTY, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 04–505.   CONROY *v.* ABRAHAM CHEVROLET-TAMPA, INC., DBA AUTOWAY CHEVROLET.   C. A. 11th Cir.   Certiorari denied.

No. 04–509.   SANCHEZ ET AL. *v.* BERNALILLO COUNTY BOARD OF COUNTY COMMISSIONERS.   Dist. Ct. N. M., Bernalillo County. Certiorari denied.

No. 04–520.   PALAHUTA *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir.   Certiorari denied.

No. 04–622.   NEGELE *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 8th Cir.   Certiorari denied.

No. 04–638.   ZAVALIDROGA *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 04–646.   BIERNAT *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 04–5606.   SKINNER *v.* SAN FELIPE DEL RIO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 04–5708.   CEDANO-MEDINA *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 04–5794.   GOLDSTEIN *v.* HARVARD UNIVERSITY.   C. A. 1st Cir.   Certiorari denied.

No. 04–6717.   GOODRIDGE *v.* LEWIS, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 04–6731.   SCOTT *v.* WACKENHUT CORP. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 04–6732.   SIXTA *v.* TEXAS.   Ct. App. Tex., 1st Dist.   Certiorari denied.